In the Matter of the Accounting of MINNIE S. WESTER-
BEKE, as Temporary Administratrix of the Estate of
WILLIAM WESTERBEKE, Deceased, Appellant; MINNIE
A. DE GRAFF et al., Individually and as Executors of
WILLIAM WESTERBEKE, Deceased, Respondents.

(Submitted April 14, 1933; decided April 28, 1933.)

*Frederick W. Tuck, Jr.,* for appellant.
*James J. McDermott* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Not sitting: O'BRIEN and HUBBS, JJ.